CHARLES P. M. HOPPAS, *as Administrator, etc., et al.,* v. FRED. BREMER *et al.*

No. 12,878.    (72 Pac. 1099.)

Error from Decatur district court; A. C. T. GEIGER judge. Opinion filed April 11, 1903. Affirmed.

*J. F. Peters,* and *Tully Scott,* for plaintiffs in error.
*Wilson & Langmade,* for defendants in error.

*Per Curiam:* This was an action to set aside a deed on the ground of fraud. The court below sustained a demurrer to the petition. No application to plead further being

made, judgment was for defendants, from which plaintiffs prosecute proceedings in error.   The plaintiffs in error filed a brief which contains a copy of the petition, demurrer, and judgment, but no argument is made showing wherein the court erred, and we discover no error.

The judgment is affirmed.